UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Julio Cesar Moran, Jr., | Case No. 3:24-cv-00123-ART-CLB |
|---|---|
| Petitioner, | **Order Denying Application to Proceed *In Forma Pauperis*** |
| v. | |
| State of Nevada, *et al.*, | |
| Respondents. | (ECF No. 1) |

Petitioner Julio Cesar Moran, Jr. has submitted a *pro se* 28 U.S.C. § 2254 habeas corpus petition and an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1.) Based on the current information about Petitioner's financial status, including any additional information he may have provided, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

It is therefore ordered that Petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee **(ECF No. 1) is DENIED**. Petitioner has **30 days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of Court.

It is further ordered that failure to do so may result in the dismissal of this action without prejudice and without further prior notice. The Clerk of Court is directed to retain the petition but not file it at this time.

DATED THIS 22nd day of March 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1