UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Julio Cesar Moran, Jr., | Case No. 3:24-cv-00123-ART-CLB |
|---|---|
| Petitioner, | Order Dismissing Petition, Denying Certificate of Appealability and Closing Case |
| v. | |
| State of Nevada, *et al.*, | |
| Respondents. | |

This Court screened Julio Cesar Moran, Jr.'s *pro se* 28 U.S.C. § 2254 petition for a writ of habeas corpus under the Habeas Rules, directed that it be served on Respondents, and directed Respondents to file a response to the petition. (ECF No. 5.) That order was served on Moran at his address of record, but was returned as undeliverable, with the notation that Moran has been paroled. (*See* ECF Nos. 8, 10.) The Local Rules require that a *pro se* party immediately file notification of change of address with the Court. The Court may dismiss the action for failure to comply. Here, Moran has been paroled but has not filed a notice of updated address or contacted the Court in any manner. The Court therefore dismisses this action without prejudice for failure to update address.

It is therefore ordered that the petition is dismissed without prejudice.

It is further ordered that a certificate of appealability will not issue.

The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated this 16th day of October, 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1